# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ERIC KNIGHT,

    Plaintiff,

v.

OCWEN LOAN SERVICING, LLC,

    Defendant.

Case No. 2:17-cv-11491 (GAD/SDD)
Hon. Gershwin A. Drain

**JOINT MOTION FOR DISMISSAL WITH PREJUDICE**

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

    NOW COMES Plaintiff Eric Knight and Defendant Ocwen Loan Servicing, LLC, and files their joint motion for the Court to dismiss this cause of action with prejudice, and for grounds therefore, would respectfully show the Court as follows:

    The parties have compromised and settled all matters in dispute between them and the case must be dismissed.

    WHEREFORE, the parties Eric Knight and Ocwen Loan Servicing, LLC jointly request all claims asserted by the parties in the above-styled and numbered case be dismissed with prejudice to the refilling of the same with all costs to be taxed against the party by who incurred.

                                    Respectfully Submitted,

Date: June 13, 2018                By: /s/ Anthony Chester
                                           Anthony P. Chester, Esq. (P77933)
                                           **HYDE & SWIGART**
                                           120 South 6th Street, Ste 2050
                                           Minneapolis, MN 55402
                                           Telephone:  (952) 225-5333
                                           Facsimile:   (800) 635-6425
                                           Email: tony@westcoastlitigation.com

                                           *Attorney for Plaintiff*
                                           *Eric Knight*


                                    By: /s/Jennifer Weller
                                           Jennifer W. Weller
                                           Hinshaw & Culbertson LLP
                                           151 N. Franklin Street, Ste 2500
                                           Chicago, IL 60606
                                           Tel:   312-704-3025
                                           Fax:   312-704-3001
                                           Email: jweller@hinshawlaw.com

                                           *Attorney for Defendant*
                                           *Ocwen Loan Servicing, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2018 a true and correct copy of the foregoing was served via email to the following:

David M. Schultz
Jennifer W. Weller
Hinshaw & Culbertson LLP
151 N. Franklin Street, Ste 2500
Chicago, IL 60606
Tel:   312-704-3025
Fax:   312-704-3001
Email: jweller@hinshawlaw.com

Nancy K. Chinonis
CLINE, CLINE & GRIFFIN, P.C.
503 S. Saginaw St., Ste. 1000
Flint, MI 48502
Phone: 810-232-3141
Fax: 810-232-1079

*Attorneys for Defendant*
*Ocwen Loan Servicing, LLC*


Dated: June 13, 2018

**HYDE & SWIGART**

By: /s/Anthony Chester
    Anthony P. Chester, Esq.