# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

ERIC KNIGHT,

       Plaintiff,                Case #. 2:17-cv-11491-GAD-SDD

vs.

OCWEN LOAN SERVICING, LLC and
OCWEN MORTGAGE SERVICING, INC.,

       Defendants.

## STIPULATED ORDER DISMISSING THE MATTER WITH PREJUDICE

Upon stipulation of the Plaintiff and Defendant as is evidenced by the signatures of their counsel below, and the Court being fully advised in the premises that the parties have compromised and settled all matters in dispute between them:

**IT IS HEREBY ORDERED** all claims asserted by the parties in the above-styled and numbered case be dismissed with prejudice to the refilling of the same with all costs to be taxed against the party by who incurred.

**SO ORDERED:**

Dated: June 14, 2018

/s/Gershwin A Drain

                Judge

**STIPULATED TO BY:**

| | |
|---|---|
| ERIC KNIGHT, <br> Plaintiff | OCWEN LOAN SERVICING, LLC AND <br> OCWEN MORTGAGE SERVICING, <br> INC., Defendants |
| /s/ Anthony P. Chester <br> Anthony P. Chester <br> Hyde & Swigart <br> 120 S. 6th Street, Suite 2050 <br> Minneapolis, MN 55402 <br> Email: tony@westcoastlitigation.com | /s/ Jennifer W. Weller <br> David M. Schultz <br> Jennifer W. Weller <br> Hinshaw & Culbertson LLP <br> 151 N. Franklin Street, Ste 2500 <br> Chicago, IL 60606 <br> E-mail: jweller@hinshawlaw.com |